IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF OHIO
WESTERN DIVISION

JEREMIAH YOUNG
(Enter Above the Name of the Plaintiff in this Action)

3:18 cv 109

vs.

JOHN W. KESSLER
(Enter above the name of the Defendant in this Action)

WALTER H. RICE

MICHAEL J. NEWMAN

If there are additional Defendants, please list them:

MARY L. WISEMAN
MICHELE D. PHIPPS
KENNETH R. POHLMAN
ALAN D. GABHE

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

JEREMIAH YOUNG #394-844
Name - Full Name Please - PRINT

940 MARION-Williamsport Rd, P.O.B. 57
Street Address

MARION, Ohio 43301-0057
City, State and Zip Code

N/A
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. JOHN W. KESSLER
   Name - Full Name Please
   5604 Duck Row, Dayton, Ohio 45429-1446
   Address: Street, City, State and Zip Code

2. MARY L. WISEMAN
   41 North Perry Street, suite 8 Dayton, Ohio 45422-2000

3. Michele D. Phipps
   301 W. 3rd Street, PO Box 972 Dayton, Ohio 45401-0922

4. Kenneth R. Pohlman
   120 West 2nd Street, suite 1300 Dayton, Ohio 45402-1657

5. ALAN D. GABLE Law OFFICE OF ALAN D. GABLE
   P.O. Box 1423 Dayton, Ohio 45401-1423

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 72 United States Code, Section 1985 (b)
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On 1-6-2000 Plaintiff was pro formally charged by pro forma indictment with 2 counts of Rape 2907.02(A)(1)(b) and 1 count of Felonious Sexual Penetration 2507.12(A)(1)(b) without substantive lawful authority to do so, Case No. 99-CR-03919 is not a lawful case by statute but started with the filing of the pro forma indictment, in a count not of record. A 10 count indictment was pro formally filed against Plaintiff on 3/28/2000 for 7 counts of Rape and 2 counts of Felonious Sexual Penetration before Defendant Kessler with no criminal complaint before him. Defendants Kessler, Phipps, and Pohlman acted personally without state substantive law invoked to try and convict and sentence Plaintiff to 5 life imprisonment, Kessler acted without state substantive criminal law, 2981.02, as trial judge and Phipps and Pohlman acted personally and prosecuted Plaintiff for the State of Ohio without lawful state statutory authority, 309.08, Defendant Gable joined the conspiracy by representing Plaintiff in a criminal trial, with no lawful criminal charge against him. Defendant Wiseman joined the conspiracy by ruling as a matter of law in State v. Young, Case No. 99-CR-03914 overruling Plaintiff's motion to vacate sentence, when there was no showing on the record that state substantive law was lawfully invoked. Thereby joining the other defendants in the conspiracy, All defendants acted personally without state substantive authority.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number           Caption

N/A

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

PLAINTIFF SEEKS A DECLARATORY Judgement of the substantive law in thy cases and 99-CRA-03914 and 99-CRA-1382 Dayton Municipal Court, As the charges were dismissed. Plaintiff seeks $2,000,000.00 from each named defendant in compensatory and punitive damages. For a total of $10,000,000.00, Further, Plaintiff seeks the lawful cause of his detention in a state prison, by the statutory laws of Ohio, Not procedural Rules. As No substantive law was or is invoked, And any and all relief which the Constitution of the United States, and Law and Justice demands.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of March, 2018.

_____
Signature of Plaintiff

-4-